IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FELIX CHUCULATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-531-PJC |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

On February 13, 2015, this Court reversed the decision of the Commissioner and remanded this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Dkt. #18 and #19). Plaintiff filed an Application for Award of Attorney Fees (Dkt. #23 and #24) requesting an award of fees in the amount of $4,478.10 for 23.60 hours of attorney time pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The Commissioner filed no response to Plaintiff's Application. The Court has reviewed the pleadings and finds that Plaintiff Felix Chuculate is the prevailing party and the fees sought are reasonable.

**THEREFORE IT IS ORDERED** that Plaintiff be awarded EAJA attorney fees in the amount of $4,478.10, in care of his counsel. If attorney fees are also awarded under 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**DATED** this 26th day of May 2015.

Paul J. Cleary
United States Magistrate Judge